(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Henderson, Joseph B.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Lynn, Casey E.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **2431** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **1526** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2437 S. Leno St.**<br>**Aurora, CO  80013** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2437 S. Leno St.**<br>**Aurora, CO  80013** |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business:   **Arapahoe** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☐ Chapter 11   ☑ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business   ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (12/03)**                                                                                                   **FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Henderson, Joseph B. & Lynn, Casey E.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph B. Henderson**
Signature of Debtor                                    **Joseph B. Henderson**

X **/s/ Casey E. Lynn**
Signature of Joint Debtor                              **Casey E. Lynn**

Telephone Number (If not represented by attorney)

**October 15, 2005**
Date

### Signature of Attorney

X **/s/ Morgan D. Bishop**
Signature of Attorney for Debtor(s)
**Morgan D. Bishop 36076**
Printed Name of Attorney for Debtor(s)
**Methner & Associates, P.C.**
Firm Name
**1780 S Bellaire St Ste 828**
Address
**Denver, CO  80222-4332**

**(303) 293-2828**
Telephone Number
**October 15, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Morgan D. Bishop**                              **10/15/05**
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

IN RE:

Case No. _____

**Henderson, Joseph B. & Lynn, Casey E.** _____

Chapter **13** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 77,246.00 | 2003 Employment Income |
| 59,845.00 | 2004 Employment Income |
| 39,549.76 | 2005 YTD Employment Income |

---

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

None ☑ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

## 10. Other transfers

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None  If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

---

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **October 15, 2005**          Signature  ***/s/ Joseph B. Henderson***
                                    of Debtor                                    **Joseph B. Henderson**

Date: **October 15, 2005**          Signature  ***/s/ Casey E. Lynn***
                                    of Joint Debtor                              **Casey E. Lynn**
                                    (if any)

_____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                     Case No. _____

**Henderson, Joseph B. & Lynn, Casey E.** _____  Chapter **13** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 245,000.00 | | |
| B - Personal Property | Yes | 2 | 3,920.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 255,890.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 10,269.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 130,139.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,510.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,060.00 |
| Total Number of Sheets in Schedules | | 23 | | | |
| Total Assets | | | 248,920.00 | | |
| Total Liabilities | | | | 396,299.49 | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

**IN RE** Henderson, Joseph B. & Lynn, Casey E. _____ Case No. _____

Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence: Located at 2437 S. Zeno St., Aurora, CO., 80013 Value determined by  apprisal to be: $ 245,000.00** | | | **245,000.00** | **255,890.00** |
| | | **TOTAL** | **245,000.00** | |

(Report also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE A - REAL PROPERTY**

IN RE **Henderson, Joseph B. & Lynn, Casey E.** _____ Case No. _____
                               Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Checking -Compass Bank** | H | **0.00** |
| | | **Bank Checking -TCF Bank** | W | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **HHG Appliances: Washer/Dryer, stove, refridgerator, dish washer, household tools.** | | **1,000.00** |
| | | **HHG Electronics:  (2) T.V.'s, VCR, DVD, Computer and accessories** | J | **500.00** |
| | | **HHG Furniture: (2) couches, recliner, table and chairs, end tables and lamps.** | | **200.00** |
| | | **Bedroom furnishings consisting of (3) beds and (1) Crib.** | | |
| | | **HHG Kitchen: Dishes, pots, pans, miscellaneous small kitchen appliances** | | **200.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Family pictures books, C.D.'s, D.V.D.'s** | | **1,500.00** |
| 6. Wearing apparel. | | **Clothing** | | **500.00** |
| 7. Furs and jewelry. | | **Jewelry: Misellaneous Costume Jewelry** | | **20.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE <u>Henderson, Joseph B. & Lynn, Casey E.</u>                    Case No. _____
                                    Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **3,920.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

**SCHEDULE B - PERSONAL PROPERTY**

**IN RE** Henderson, Joseph B. & Lynn, Casey E. _____ Case No. _____
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **HHG Appliances: Washer/Dryer, stove, refridgerator, dish washer, household tools.** | **CRS §13-54-102(1)(e)** | **1,000.00** | **1,000.00** |
| **HHG Electronics:  (2) T.V.'s, VCR, DVD, Computer and accessories** | **CRS §13-54-102(1)(e)** | **500.00** | **500.00** |
| **HHG Furniture: (2) couches, recliner, table and chairs, end tables and lamps.  Bedroom furnishings consisting of (3) beds and (1) Crib.** | **CRS §13-54-102(1)(e)** | **200.00** | **200.00** |
| **HHG Kitchen: Dishes, pots, pans, miscellaneous small kitchen appliances** | **CRS §13-54-102(1)(e)** | **200.00** | **200.00** |
| **Family pictures books, C.D.'s, D.V.D.'s** | **CRS §13-54-102(1)(c)** | **1,500.00** | **1,500.00** |
| **Clothing** | **CRS §13-54-102(1)(a)** | **500.00** | **500.00** |
| **Jewelry: Misellaneous Costume Jewelry** | **CRS §13-54-102(1)(b)** | **20.00** | **20.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE **Henderson, Joseph B. & Lynn, Casey E.** _____   Case No. _____

Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively,  in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL .......... UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. **81357866** <br><br> **Countrywide Home Lending** <br> **450 American St Credit Reporting S** <br> **Simi Valley, CA  93065** | | | **Mortgage account opened 1/05 On residence located at: 2437 Zeno St., Aurora, CO., 80013** <br><br><br> Value $     **245,000.00** | | | | **254,770.00** <br>.......... <br> **9,770.00** |
| Account No. <br><br> **Lakeshore Community Assoc** | | J | **home association dues** <br><br><br> Value $     **245,000.00** | | | | **1,120.00** <br>.......... <br> **1,120.00** |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | .......... |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | .......... |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | .......... |

_____ **0** Continuation Sheets attached

| | | |
|---|---|---|
| | Subtotal (Total of this page) | **255,890.00** |
| | (Complete only on last sheet of Schedule D)  **TOTAL** | **255,890.00** |
| | (Report total also on Summary of Schedules) | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Henderson, Joseph B. & Lynn, Casey E.</u>                    Case No. _____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
    Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

    * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Henderson, Joseph B. & Lynn, Casey E. _____ Case No. _____
_____ Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xx 1526**<br>**Internal Revenue Service**<br>**600 17th Street, MS 5027**<br>**Denver, CO  80202-2490** | | H | | | | | 8,286.09 ......... 8,286.09 |
| Account No.<br>**US Attorney**<br>**Co/IRS District Counsel**<br>**1244 Speer Blvd Ste 500**<br>**Denver, CO  80204-3583** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | |
| Account No.<br>**US Attorney General**<br>**Department Of Justice Tax Div**<br>**PO Box 683**<br>**Washington, DC  20044-0683** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | |
| Account No. **xxx xx 2431**<br>**Internal Revenue Service**<br>**600 17th Street, MS 5027**<br>**Denver, CO  80202-2490** | | W | **Income Tax** | | | | 1,983.85 ......... 1,983.85 |
| Account No.<br>**US Attorney**<br>**Co/IRS District Counsel**<br>**1244 Speer Blvd Ste 500**<br>**Denver, CO  80204-3583** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | |
| Account No.<br>**US Attorney General**<br>**Department Of Justice Tax Div**<br>**PO Box 683**<br>**Washington, DC  20044-0683** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | |

Sheet _____ **1** of _____ **1** Continuation Sheets attached to Schedule E

Subtotal (Total of this page)  **10,269.94**

(Complete only on last sheet of Schedule E)  **TOTAL**  **10,269.94**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Henderson, Joseph B. & Lynn, Casey E. _____ Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **00705246** <br><br> **Guardian Life Insurance Co. Of America** <br> **Po Box 8007** <br> **Appleton, WI  54912** | | J | 03 <br> Medical Bills | | | | 1,010.00 |
| Account No. <br><br> **A Subsidiary Of Bally S** | | | Open account opened 4/05 | | | | 949.00 |
| Account No. <br><br> **Portfolio Acquisitions** <br> **2425 Commerce Ave Ste 10** <br> **Duluth, GA  30096-4980** | | | Assignee or other notification for: <br> A Subsidiary Of Bally S | | | | |
| Account No. **16481101** <br><br> **Alpine Credit** <br> **2009 Wadsworth Blvd.** <br> **Denver, CO  80214** | | J | medical bill | | | | 170.00 |
| Account No. **1005465132** <br><br> **Anderson Financial** <br> **Po Box 3097** <br> **Bloomington, IL  61702** | | J | 04 <br> cable | | | | 445.00 |

_____ **11** Continuation Sheets attached

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | 2,574.00 |
| | (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

IN RE <u>Henderson, Joseph B. & Lynn, Casey E.</u>                    Case No. _____
                         Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xx 1526**<br><br>**Apollo Credit Agency Inc**<br>**3501 S Teller St**<br>**Lakewood, CO  80235-2011** | | J | | | | | **178.00** |
| Account No.<br><br>**Kaiser Permanente**<br>**Po Box 373030**<br>**Denver, CO  80237** | | | Assignee or other notification for:<br>Apollo Credit Agency Inc | | | | |
| Account No.<br><br>**Aurora Health Care Srv** | | | Open account opened 3/05 | | | | **370.00** |
| Account No.<br><br>**Professional Finance**<br>**5754 W 11th St Ste 100**<br>**Greeley, CO  80634-4811** | | | Assignee or other notification for:<br>Aurora Health Care Srv | | | | |
| Account No. **2601037161000**<br><br>**Bally's Fitness**<br>**12440 Imperial Hwy. Ste. 300**<br>**Norwalk, CA  90650** | | J | 04<br>Membership | | | | **1,011.50** |
| Account No.<br><br>**Bank Of Ny Elt Collegiate Fund** | | | Open account opened 3/05 | | | | **12,245.00** |
| Account No.<br><br>**Glhec**<br>**2401 International Ln**<br>**Madison, WI  53704-3121** | | | Assignee or other notification for:<br>Bank Of Ny Elt Collegiate Fund | | | | |

Sheet _____**1**__ of _____**11** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                 **13,804.50**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Henderson, Joseph B. & Lynn, Casey E.** _____  Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Bank Of Ny Elt Collegiate Fund** | | | Open account opened 3/05 | | | | 8,535.00 |
| Account No.<br>**Glhec**<br>**2401 International Ln**<br>**Madison, WI 53704-3121** | | | Assignee or other notification for:<br>Bank Of Ny Elt Collegiate Fund | | | | |
| Account No.<br>**Bev Lynn**<br>**14608 E. Baltic Pl.**<br>**Aurora, CO 80014** | | J | consumer debt | | | | 25,000.00 |
| Account No.<br>**Cach002/providian Bank -pr** | | | Installment account opened 5/05 | | | | 1,673.00 |
| Account No.<br>**Collect America Ltd**<br>**370 17th St Ste 5000**<br>**Denver, CO 80202-5690** | | | Assignee or other notification for:<br>Cach002/providian Bank -pr | | | | |
| Account No. **486236221753**<br>**Capital 1 Bk**<br>**11013 W Broad St**<br>**Glen Allen, VA 23060-5937** | | | Revolving account opened 6/02 | | | | 847.00 |
| Account No. **4726795**<br>**Centura - Parker Adventist Hospital**<br>**Po Box 1317**<br>**Longmont, CO 80502** | | J | medical | | | | 2,087.00 |

Sheet _____**2**_ of _____**11**_ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **38,142.00**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Henderson, Joseph B. & Lynn, Casey E.** _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**BC Services**<br>451 21st Ave<br>Longmont, CO  80501-8400 | | | Assignee or other notification for:<br>Centura - Parker Adventist Hospital | | | | |
| Account No. **91179970834**<br>**Columbia House**<br>1400 N. Fruitridge Ave.<br>Terre Haute, IN  47811 | | J | 04<br>Consumer debt | | | | 22.61 |
| Account No.<br>**Comcast Cable** | | | Open account opened 4/05 | | | | 267.00 |
| Account No.<br>**Credit Management**<br>4200 International Pkwy<br>Carrollton, TX  75007-1912 | | | Assignee or other notification for:<br>Comcast Cable | | | | |
| Account No. **497404640578412**<br>**Comcast Cable**<br>236 E Town St<br>Columbus, OH  43215-4633 | | J | 03<br>Utilities | | | | 267.17 |
| Account No. **2505475863**<br>**Compass Bank**<br>PO Box 10964<br>Birmingham, AL  35202-0964 | | J | 04<br><br>consmer debt | | | | 180.00 |
| Account No. **2505475871**<br>**Compass Bank**<br>PO Box 10964<br>Birmingham, AL  35202-0964 | | J | 04<br>Credit Card | | | | 251.00 |

Sheet _____ **3** of _____ **11** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **987.78**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Henderson, Joseph B. & Lynn, Casey E. _____ Case No. _____
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Dba Greensview / Udrt** | | | Installment account opened 8/04 | | | | **4,917.00** |
| Account No. <br> **National Credit System** <br> **3800 Camp Creek Pkwy SW # B18** <br> **Atlanta, GA  30331-6247** | | | Assignee or other notification for: <br> Dba Greensview / Udrt | | | | |
| Account No. **2160460000240383** <br> **Equity Residential Pro** <br> **6404 International Pkwy** <br> **Plano, TX  75093-8225** | | | Open account opened 3/04 | | | | **215.00** |
| Account No. **5733** <br> **Events And Adventures** | | J | 04 <br> Consumer debt | | | | **1,890.00** |
| Account No. **1001046000145** <br> **First Magnus** <br> **5447 E. 5th St.** <br> **Tucson, AZ  85711** | | J | 04 <br> Consumer debt | | | | **1,620.00** |
| Account No. <br> **First Magnus Financial 120-36** | | | Open account opened 4/05 | | | | **1,620.00** |
| Account No. <br> **Stuart Allan  And  Assoc** <br> **5447 E 5th St Ste 110** <br> **Tucson, AZ  85711-2345** | | | Assignee or other notification for: <br> First Magnus Financial 120-36 | | | | |

Sheet _____**4**_ of _____**11** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **10,262.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Henderson, Joseph B. & Lynn, Casey E.** _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GR311972-9032** <br><br> **Gevalia Kaffe** <br> **Po Box 5276** <br> **Clifton, NJ  07015** | J | 04 | Credit Card | | | | 39.35 |
| Account No. **GV163289-7498** <br><br> **Gevalia Kaffe** <br> **Po Box 5276** <br> **Clifton, NJ  07015** | J | 04 | Consumer debt | | | | 88.77 |
| Account No. **24306645** <br><br> **Global Payments** <br> **7050 Union Park Ctr** <br> **Midvale, UT  84047-4169** | J | 03 | collection | | | | 12.00 |
| Account No. **944671** <br><br> **Greensview Apartments** <br> **PO Box 312125** <br> **Atlanta, GA  31131** | J | 02 | lease Agreement | | | | 4,917.00 |
| Account No. **E 14942205** <br><br> **Health One Medical Center** <br> **720 S. CO. Blvd. Ste. 200** <br> **Denver, CO  80246** | J | 04 | medical | | | | 685.00 |
| Account No. **00053897** <br><br> **Lonetree Pathology** <br> **Po Box 281029** <br> **Denver, CO  80228** | J | 04 | medical | | | | 59.50 |
| Account No. <br><br> **Med102   Exemplalutheran Hospital** | | | Open account opened 11/04 | | | | 100.00 |

Sheet _____ **5** of _____ **11** Continuation Sheets attached to Schedule F

Subtotal (Total of this page): **5,901.62**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Henderson, Joseph B. & Lynn, Casey E.</u>                              Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Agncy Cr Ctl**<br>**2014 S Pontiac Way**<br>**Denver, CO  80224-2412** | | | Assignee or other notification for:<br>Med102   Exemplalutheran Hospital | | | | |
| **Account No. xxx xx 1526**<br><br>**Medical Center Of Aurora**<br>**PO Box 99400**<br>**Louisville, KY  40269-0400** | | J | 04<br>medical | | | | **5,623.00** |
| **Account No.**<br><br>**NCO Financial Services**<br>**PO Box 41457**<br>**Philadelphia, PA  19101** | | | Assignee or other notification for:<br>Medical Center Of Aurora | | | | |
| **Account No. 5440-4550-0250-9738**<br><br>**Orchard Bank**<br>**Household Credit Services**<br>**City of Industry, CA  91716** | | J | 04<br>Credit card | | | | **933.00** |
| **Account No. 05257386700002**<br><br>**Parker Adventist Hospital**<br>**Dept. 1522**<br>**Denver, CO  80281-0001** | | J | 04<br>medical | | | | **1,973.00** |
| **Account No.**<br><br>**Rubin & Raine**<br>**PO Box 372730**<br>**Denver, CO  80237** | | | Assignee or other notification for:<br>Parker Adventist Hospital | | | | |
| **Account No. 902027113**<br><br>**Pediatrics And Ostetrics**<br>**Medical Group 65**<br>**PO Box 951357 SS**<br>**Dallas, TX  75395-0001** | | J | medical | | | | **573.00** |

Sheet _____**6**___ of _____**11**___ Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page)                **9,102.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Henderson, Joseph B. & Lynn, Casey E.</u>                    Case No. _____
                        Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4174477616**<br><br>**Professional Affiliates**<br>**PO Box 21529**<br>**Denver, CO  80221** | | J | 04<br>Medical | | | | 109.00 |
| Account No. **4559-5124-0050-2051**<br><br>**Providian**<br>**PO Box 660433**<br>**Dallas, TX  75266** | | J | 03<br>Credit card | | | | 1,592.89 |
| Account No.<br><br>**Public Service Company-o** | | | Installment account opened 8/04 | | | | 304.00 |
| Account No.<br><br>**Xelco Collection Svc**<br>**3650 S Yosemite St Ste 2**<br>**Denver, CO  80237-1800** | | | Assignee or other notification for:<br>Public Service Company-o | | | | |
| Account No. **10313676789**<br><br>**Publishers Clearing House,**<br>**PO Box 3026**<br>**Houston, TX  77254** | | J | 04<br>Consumer debt | | | | 30.00 |
| Account No. **018575331**<br><br>**Quest Diagnostics**<br>**PO Box 78653**<br>**Phoenix, AZ  85062-8653** | | J | 03<br>Medical | | | | 455.00 |
| Account No. **xxx xx 2431**<br><br>**Quest Diagnostics**<br>**PO Box 78653**<br>**Phoenix, AZ  85062-8653** | | J | 04<br>Medical - Notice | | | | 0.00 |

Sheet _____**7** of _____**11** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | **2,490.89**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

**IN RE** Henderson, Joseph B. & Lynn, Casey E.     Case No. _____
_____
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xx 1526** <br><br> **Quest Diagnostics** <br> **PO Box 78653** <br> **Phoenix, AZ  85062-8653** | | J | **04** <br> **Medical - Notice** | | | | **0.00** |
| Account No. <br><br> **Ralph J. Warren MD** <br> **2465 S. Downing St. Ste. 102** <br> **Denver, CO  80210** | | J | **03** <br> **Medical** | | | | **175.00** |
| Account No. **524779** <br><br> **RMH Center Pediatrics** <br> **15101 Iliff Ave.** <br> **Aurora, CO  80014** | | J | **medical** | | | | **366.00** |
| Account No. **103xxx xxxx** <br><br> **Rural Metro Corp** <br> **8401 E. Indian School Rd.** <br> **Scottsdale, AZ  85251** | | J | **medical** | | | | **559.00** |
| Account No. **854554** <br><br> **Sky Ridge Medical Center** <br> **Po Box 99400** <br> **Louisville, KY  40269** | | J | | | | | **7,082.00** |
| Account No. **363901** <br><br> **South Denver Anesthesiologists** <br> **333 W. Hampden # 600** <br> **Englewood, CO  80110** | | J | **04** <br> **medical** | | | | **1,200.00** |
| Account No. <br><br> **Southern Distributing** <br> **5270 Fox St** <br> **Denver, CO  80216-1604** | | J | | | | | **0.00** |

Sheet _____ **8** of _____ **11** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)     **9,382.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Henderson, Joseph B. & Lynn, Casey E. _____ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2050307A0B4**<br>**SRC Strategic Resource Company**<br>Po Box 23759<br>Columbia, SC  29224 | | J | 04<br>**Consumer debt** | | | | 43.00 |
| Account No.<br>Susanna Choi<br>8200 E. Bellview Ave. Ste. 240<br>Englewood, CO  80111 | | J | 02<br>**Credit Account** | | | | 3,723.00 |
| Account No. **4060771-90**<br>**Unipath, PC**<br>5935 Rivers Ave. Ste 101<br>Charleston, SC  29406 | | J | 04<br>**medical** | | | | 308.00 |
| Account No. **353031**<br>**United Credit National Bank**<br>Executive Offices 223 W. Jackson Blvd.<br>Chicago, IL  60606 | | J | 02<br>**Consumer debt** | | | | 343.83 |
| Account No. **A953649581**<br>**United Health Care Ins. Company**<br>PO Box 740800<br>Atlanta, GA  30374 | | J | 03<br>**medical bills** | | | | 25,462.93 |
| Account No.<br>**University Physicians  Inc.** | | | **Installment account opened 5/03** | | | | 129.00 |
| Account No.<br>**Wakefield And  Assoc**<br>3091 S Jamaica Ct Ste 20<br>Aurora, CO  80014-2657 | | | **Assignee or other notification for:**<br>**University Physicians  Inc.** | | | | |

Sheet _____**9**_ of _____**11**_ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)        **30,009.76**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Henderson, Joseph B. & Lynn, Casey E.** _____ Case No. _____
                                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **829883429**<br><br>**Volkswagon Credit Inc**<br>**1401 Franklin Blvd**<br>**Libertyville, IL  60048-4460** | | | Installment account opened 5/03 | | | | **888.00** |
| Account No. **F29Q35127**<br><br>**Wakefield  And  Assoc**<br>**3091 S Jamaica Ct Ste 20**<br>**Aurora, CO  80014-2657** | | J | notice | | | | **127.00** |
| Account No. **1971024**<br><br>**West Asset Management**<br>**PO Box 1420**<br>**Sherman, TX  75091** | | J | | | | | **1,862.00** |
| Account No.<br><br>**Medical Center Of Aurora**<br>**PO Box 99400**<br>**Louisville, KY  40269-0400** | | | Assignee or other notification for:<br>West Asset Management | | | | |
| Account No. **1752562**<br><br>**West Asset Management**<br>**PO Box 1420**<br>**Sherman, TX  75091** | | J | | | | | **3,487.00** |
| Account No.<br><br>**Medical Center Of Aurora**<br>**PO Box 99400**<br>**Louisville, KY  40269-0400** | | | Assignee or other notification for:<br>West Asset Management | | | | |
| Account No. **W9Sxxxxxxx**<br><br>**Western Control Services**<br>**PO Box 1352**<br>**Englewood, CO  80150-1352** | | J | collection-notice | | | | **816.00** |

Sheet _____ **10** of _____ **11** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)            **7,180.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE <u>Henderson, Joseph B. & Lynn, Casey E.</u>                    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4595807** <br><br>**XCEL Energy** <br>**PO Box 840** <br>**Denver, CO  80201** | J | | **04** <br>**Utilities** | | | | **303.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **11** of _____ **11** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)                    **303.00**

(Complete only on last sheet of Schedule F)  **TOTAL**                    **130,139.55**
(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Henderson, Joseph B. & Lynn, Casey E.** _____  Case No. _____

Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

IN RE <u>Henderson, Joseph B. & Lynn, Casey E.</u>                    Case No. _____
Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

**IN RE** Henderson, Joseph B. & Lynn, Casey E. _____   Case No. _____
                                                                 Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Medical** | |
| Name of Employer | **Bryne Healthcare** | |
| How long employed | | |
| Address of Employer | **1873 S. Bellaire St. Ste. 210** | |
| | **Denver, CO., 80222** | |

Income: (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | **6,543.33** | $ | |
| Estimated monthly overtime | $ | | $ | |
| **SUBTOTAL** | $ | **6,543.33** | $ | |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and Social Security | $ | **1,033.33** | $ | |
| b. Insurance | $ | | $ | |
| c. Union dues | $ | | $ | |
| d. Other (specify) _____ | $ | | $ | |
| | $ | | $ | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **1,033.33** | $ | |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | **5,510.00** | $ | |
| | | | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | |
| Income from real property | $ | | $ | |
| Interest and dividends | $ | | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| Social Security or other government assistance (Specify) _____ | $ | | $ | |
| | $ | | $ | |
| Pension or retirement income | $ | | $ | |
| Other monthly income (Specify) _____ | $ | | $ | |
| | $ | | $ | |
| | $ | | $ | |
| **TOTAL MONTHLY INCOME** | $ | **5,510.00** | $ | |

**TOTAL COMBINED MONTHLY INCOME $ _____ 5,510.00**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Henderson, Joseph B. & Lynn, Casey E. _____ Case No. _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,728.00 |
| Are real estate taxes included?    Yes ____ No ✓ | | |
| Is property insurance included?    Yes ____ No ✓ | | |
| Utilities:  Electricity and heating fuel | $ | 375.00 |
|           Water and sewer | $ | 75.00 |
|           Telephone | $ | 140.00 |
|           Other **Cable** | $ | 138.00 |
| | $ | |
| | $ | |
| Home maintenance (repairs and upkeep) | $ | 40.00 |
| Food | $ | 1,000.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 200.00 |
| Medical and dental expenses | $ | 210.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| Charitable contributions | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | |
|     Life | $ | |
|     Health | $ | |
|     Auto | $ | 154.00 |
|     Other _____ | $ | |
| | $ | |
| | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | |
| | $ | |
| | $ | |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 175.00 |
|     Other **Estimated Health Insurance Payment** | $ | 90.00 |
| | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other **Day Care** | $ | 160.00 |
|     **Necessary But Unexpected Household Expenses** | $ | 100.00 |
| | $ | |
| | $ | |
| | $ | |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ | 5,060.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
|   A.  Total projected monthly income | $ | 5,510.00 |
|   B.  Total projected monthly expenses | $ | 5,060.00 |
|   C.  Excess income (A minus B) | $ | 450.00 |
|   D.  Total amount to be paid into plan each **Monthly** | $ | 450.00 |

(interval)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Henderson, Joseph B. & Lynn, Casey E.</u>                    Case No. _____
<span style="display:block; text-align:center;">Debtor(s)</span>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**24** sheets, and that
<span style="font-size:smaller;">(Total shown on summary page plus 1)</span>
they are true and correct to the best of my knowledge, information, and belief.


Date: **October 15, 2005** _____        Signature: **_/s/ Joseph B. Henderson_** _____
                                                  **Joseph B. Henderson**                           <span style="font-size:smaller;">Debtor</span>

Date: **October 15, 2005** _____        Signature: **_/s/ Casey E. Lynn_** _____
                                                  **Casey E. Lynn**                           <span style="font-size:smaller;">(Joint Debtor, if any)</span>

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
<span style="font-size:smaller;">Printed or Typed Name of Bankruptcy Petition Preparer</span>                    <span style="font-size:smaller;">Social Security No.<br>(Required by 11 U.S.C. § 110(c).)</span>

_____

_____
<span style="font-size:smaller;">Address</span>

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____                    _____
<span style="font-size:smaller;">Signature of Bankruptcy Petition Preparer</span>                    <span style="font-size:smaller;">Date</span>

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
<span style="font-size:smaller;">(Total shown on summary page plus 1)</span>


Date: _____        Signature: _____

_____
<span style="font-size:smaller;">(Print or type name of individual signing on behalf of debtor)</span>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. _____

_____          Chapter **13** _____
Henderson, Joseph B. & Lynn, Casey E.
                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October 15, 2005** _____          Signature: **/s/ Joseph B. Henderson** _____
                                                          **Joseph B. Henderson**                                    Debtor


Date: **October 15, 2005** _____          Signature: **/s/ Casey E. Lynn** _____
                                                          **Casey E. Lynn**                                    Joint Debtor, if any

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

Guardian Life Insurance Co. Of America
Po Box 8007
Appleton, WI  54912


Agncy Cr Ctl
2014 S Pontiac Way
Denver, CO  80224-2412


Alpine Credit
2009 Wadsworth Blvd.
Denver, CO  80214


Anderson Financial
Po Box 3097
Bloomington, IL  61702


Apollo Credit Agency Inc
3501 S Teller St
Lakewood, CO  80235-2011


Bally's Fitness
12440 Imperial Hwy. Ste. 300
Norwalk, CA  90650


BC Services
451 21st Ave
Longmont, CO  80501-8400


Bev Lynn
14608 E. Baltic Pl.
Aurora, CO  80014

Capital 1 Bk
11013 W Broad St
Glen Allen, VA   23060-5937

Centura - Parker Adventist Hospital
Po Box  1317
Longmont, CO   80502

Collect America Ltd
370 17th St Ste 5000
Denver, CO   80202-5690

Colorado Department Of Revenue
1375 Sherman Street Room 504
Denver, CO   80261-0001

Columbia House
1400 N. Fruitridge Ave.
Terre Haute, IN   47811

Comcast Cable
236 E Town St
Columbus, OH   43215-4633

Compass Bank
PO Box 10964
Birmingham, AL   35202-0964

Countrywide Home Lending
450 American St Credit Reporting S
Simi Valley, CA   93065

Credit Management
4200 International Pkwy
Carrollton, TX  75007-1912


Equity Residential Pro
6404 International Pkwy
Plano, TX  75093-8225


First Magnus
5447 E. 5th St.
Tucson, AZ  85711


Gevalia Kaffe
Po Box 5276
Clifton, NJ  07015


Glhec
2401 International Ln
Madison, WI  53704-3121


Global Payments
7050 Union Park Ctr
Midvale, UT  84047-4169


Greensview Apartments
PO Box 312125
Atlanta, GA  31131


Health One Medical Center
720 S. CO. Blvd. Ste. 200
Denver, CO  80246

```
Internal Revenue Service
600 17th Street, MS 5027
Denver, CO  80202-2490


Kaiser Permanente
Po Box 373030
Denver, CO  80237


Lonetree Pathology
Po Box 281029
Denver, CO  80228


Medical Center Of Aurora
PO Box 99400
Louisville, KY  40269-0400


National Credit System
3800 Camp Creek Pkwy SW # B18
Atlanta, GA  30331-6247


NCO Financial Services
PO Box 41457
Philadelphia, PA  19101


Orchard Bank
Household Credit Services
City of Industry, CA  91716


Parker Adventist Hospital
Dept. 1522
Denver, CO  80281-0001
```

Pediatrics And Ostetrics
Medical Group 65
PO Box 951357 SS
Dallas, TX  75395-0001


Portfolio Acquisitions
2425 Commerce Ave Ste 10
Duluth, GA  30096-4980


Professional Affiliates
PO Box 21529
Denver, CO  80221


Professional Finance
5754 W 11th St Ste 100
Greeley, CO  80634-4811


Providian
PO Box 660433
Dallas, TX  75266


Publishers Clearing House,
PO Box 3026
Houston, TX  77254


Quest Diagnostics
PO Box 78653
Phoenix, AZ  85062-8653


Ralph J. Warren MD
2465 S. Downing St. Ste. 102
Denver, CO  80210

RMH Center Pediatrics
15101 Iliff Ave.
Aurora, CO  80014


Rubin & Raine
PO Box 372730
Denver, CO  80237


Rural Metro Corp
8401 E. Indian School Rd.
Scottsdale, AZ  85251


Sky Ridge Medical Center
Po Box 99400
Louisville, KY  40269


South Denver Anesthesiologists
333 W. Hampden # 600
Englewood, CO  80110


Southern Distributing
5270 Fox St
Denver, CO  80216-1604


SRC Strategic Resource Company
Po Box 23759
Columbia, SC  29224


Stuart Allan  And  Assoc
5447 E 5th St Ste 110
Tucson, AZ  85711-2345

```
Susanna Choi
8200 E. Bellview Ave. Ste. 240
Englewood, CO  80111


Unipath, PC
5935 Rivers Ave. Ste 101
Charleston, SC  29406


United Credit National Bank
Executive Offices 223 W. Jackson Blvd.
Chicago, IL  60606


United Health Care Ins. Company
PO Box 740800
Atlanta, GA  30374


US Attorney
Co/IRS District Counsel
1244 Speer Blvd Ste 500
Denver, CO  80204-3583


US Attorney General
Department Of Justice Tax Div
PO Box 683
Washington, DC  20044-0683


Volkswagon Credit Inc
1401 Franklin Blvd
Libertyville, IL  60048-4460


Wakefield  And  Assoc
3091 S Jamaica Ct Ste 20
Aurora, CO  80014-2657
```

West Asset Management
PO Box 1420
Sherman, TX  75091


Western Control Services
PO Box 1352
Englewood, CO  80150-1352


XCEL Energy
PO Box 840
Denver, CO  80201


Xelco Collection Svc
3650 S Yosemite St Ste 2
Denver, CO  80237-1800