B6F (Official Form 6F) (12/07)

IN RE **Lynn, Casey E.**                                                                 Case No. **09-14584-HRT**
                                 Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **16481101**<br>**Alpine Credit Inc**<br>**7910 Ralston Rd Ste 4**<br>**Arvada, CO  80002** | X | | **Medical Bill** | | | | **170.00** |
| ACCOUNT NO. **150169288**<br>**CarePoint PC**<br>**PO Box 173862**<br>**Denver, CO  80217-3862** | | | **2008**<br>**Medical Bill** | | | | **155.75** |
| ACCOUNT NO. **51750504963**<br>**Centennial Healthcare Plaza**<br>**PO Box 99400**<br>**Louisville, KY  40269** | | | **2008**<br>**Medical Bill** | | | | **929.86** |
| ACCOUNT NO. **51750518277**<br>**Centennial Healthcare Plaza**<br>**PO Box 99400**<br>**Louisville, KY  40269** | | | **2008**<br>**Medical Bill** | | | | **236.47** |

_____ continuation sheets attached

Subtotal (Total of this page) $ **1,492.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lynn, Casey E.**                                Case No. **09-14584-HRT**
                Debtor(s)                                                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **51750454675**<br>**Centennial Medical Plaza**<br>**Po Box 630759**<br>**Cincinnati, OH  45263-0759** | | | **2008**<br>**Medical Bill** | | | | **171.28** |
| ACCOUNT NO. **13547**<br>**Center For Women's Health**<br>**PO Box 5846**<br>**Denver, CO  80217-5846** | | | **2008**<br>**Medical Bill** | | | | **848.16** |
| ACCOUNT NO.<br>**Colorado Department Of Revenue**<br>**1375 Sherman Street Room 504**<br>**Denver, CO  80261-0001** | | | **State Income Tax** | | | | **1,077.44** |
| ACCOUNT NO.<br>**Integral Recoveries, Inc.**<br>**PO Box 1388**<br>**Englewood, CO  80150** | | | **Assignee or other notification for:**<br>**Colorado Department Of Revenue** | | | | |
| ACCOUNT NO. **244820**<br>**Colrado Urgent Care LLC**<br>**PO Box 79576**<br>**City Of Industry, CA  91716-9576** | | | **08/2008**<br>**Medical Bill** | | | | **191.00** |
| ACCOUNT NO. **2315413**<br>**EBI**<br>**PO Box 8500-41335**<br>**Philadelphia, PA  19178-1335** | | | **Medical Bill** | | | | **24.63** |
| ACCOUNT NO. **SRSC-0018255**<br>**Healthone Sky Ridge Surg Center**<br>**720 S Colorado Blvd Ste 215A**<br>**Denver, CO  80246-1955** | | | **2008**<br>**Medical Bill** | | | | **1,048.80** |

Sheet no. __1__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)   $   **3,361.31**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lynn, Casey E.**                                                                 Case No. **09-14584-HRT**
                    Debtor(s)                                                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Healthone Sky Ridge Surg Center**<br>**PO Box 974670**<br>**Dallas, TX 75397-4670** | | | **Assignee or other notification for:**<br>**Healthone Sky Ridge Surg Center** | | | | |
| ACCOUNT NO. **33199**<br>**High Country Surg Assist**<br>**7202 Buckingham Pl**<br>**Littleton, CO 80130-4169** | | | **2008**<br>**Medical Bill** | | | | **174.23** |
| ACCOUNT NO. **6698550-1-79**<br>**I.C. System, Inc.**<br>**PO Box 64887**<br>**St. Paul, MN 55164-0887** | | | **Collection Account** | | | | **290.00** |
| ACCOUNT NO. **66735873**<br>**Laboratory Corporation Of America**<br>**PO Box 2240**<br>**Burlington, NC 27216-2240** | | | **2008**<br>**Medical Bill** | | | | **64.11** |
| ACCOUNT NO. **30371202**<br>**LCA**<br>**PO Box 2240**<br>**Burlington, NC 27216-2240** | X | | **Collection Account** | | | | **198.85** |
| ACCOUNT NO. **1752562**<br>**Medical Center Of Aurora**<br>**PO Box 630759**<br>**Cincinnati, OH 45274-0759** | | | **Medical Bill** | | | | **3,487.00** |
| ACCOUNT NO.<br>**West Assest Management**<br>**PO Box 105478**<br>**Atlanta, GA 30348-5478** | | | **Assignee or other notification for:**<br>**Medical Center Of Aurora** | | | | |

Sheet no. __2__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4,214.19**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Lynn, Casey E.                                                                 Case No. 09-14584-HRT
                        Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 102658 PA<br>Modern Dental Prof-CO PC<br>3551 S Tower Rd Unit C<br>Aurora, CO 80013-3509 | | | 2008<br>Dental Bill | | | | 522.00 |
| ACCOUNT NO. 1280<br>Peak Anesthesia And Pain Management<br>PO Box 3274<br>Grrenwood Village, CO 80155-3274 | | | 11/2008<br>Medical Bill | | | | 1,320.00 |
| ACCOUNT NO. 00005354<br>Peak Orthopedics & Spine PLLC<br>9777 S Yosemite ST 220<br>Lone Tree, CO 80124 | | | 09/2008<br>Medical Bill | | | | 2,850.00 |
| ACCOUNT NO.<br>Peakview Pointe<br>5754 W 11th Ste 100<br>Greeley, CO 80634 | | | Collection Account | | | | unknown |
| ACCOUNT NO. PA0000139181<br>Porter Advantist Hospital<br>Dept 9110<br>Denver, CO 80281-0001 | | | 2009<br>Medical Bill | | | | 459.95 |
| ACCOUNT NO. PA0000139182<br>Porter Advantist Hospital<br>Dept 9110<br>Denver, CO 80281-0001 | | | 2009<br>Medical Bill | | | | 48.10 |
| ACCOUNT NO. 8130504963<br>Radiology & Imaging Consultants, PC<br>155 Printers Pkwy, Ste 100<br>Colorado Springs, CO 80910 | | | 2008<br>Medical Bill | | | | 152.11 |

Sheet no. 3 of 10 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 5,352.16

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lynn, Casey E.**                                                                 Case No. **09-14584-HRT**
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8130518277**<br>**Radiology & Imaging Consultants, PC**<br>**155 Printers Pkwy, Ste 100**<br>**Colorado Springs, CO  80910** | | | **2008**<br>**Medical Bill** | | | | **89.04** |
| ACCOUNT NO. **8130454675**<br>**Radiology & Imaging Consultants, PC**<br>**155 Printers Pkwy, Ste 100**<br>**Colorado Springs, CO  80910** | | | **Medical Bill** | | | | **28.00** |
| ACCOUNT NO.<br>**Richard W. Rewey MD**<br>**6081 S Quebec St STE 203**<br>**Englewood, CO  80111-4538** | | | **2008**<br>**Medical Bill** | | | | **382.50** |
| ACCOUNT NO. **886347537**<br>**RJM Acquisitions LLC**<br>**575 Underhill Ste 224**<br>**Syosset, NY  11791-3416** | | | **2005**<br>**Collection Account** | | | | **76.29** |
| ACCOUNT NO. **524779**<br>**Rocky Mountain Health Centers Pediatrics**<br>**15101 E Iliff Ave Ste 140**<br>**Aurora, CO  80014-4548** | | | **2008**<br>**Medical Bill** | | | | **43.76** |
| ACCOUNT NO. **40080111878630001**<br>**Triad Financial**<br>**5201 Rufe Snow Dr STE 400**<br>**North Richmnd Hills, TX  76180** | | | **Deficiency Balance on Surrenderd Vehicle 2002 Jeep Grand Cherokee** | | | | **unknown** |
| ACCOUNT NO. | | | | | | | |

Sheet no. **4** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **619.59**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **15,039.33**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only